```
 1  Scott D. Baker (SBN 84923)
    Stuart A. Shanus (SBN 188046)
 2  John Bovich (SBN 150688)
    Adaline J. Hilgard (SBN 173213)
 3  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 4  San Francisco, CA 94862-3922

 5  **Mailing Address:**
    P.O. Box 7936
 6  San Francisco, CA 94120-7936

 7  Telephone:  415.543.8700
    Facsimile:  415.391.8269
 8
    Attorneys for
 9  Defendants and Counterclaimants Opta Systems
    LLC and Opta Corporation
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OPTA LLC and OPTA CORPORATION, <br><br> Defendants. <br><br> OPTA LLC and OPTA CORPORATION, <br><br> Counterclaimants, <br><br> vs. <br><br> TECHNOLOGY LICENSING COMPANY, INC. <br><br> Counterdefendant. | No.: C 05 3681 MEJ <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The parties, through their undersigned counsel, hereby stipulate to the following:

1. The Case Management Conference in this case is currently set for January 13, 2006.

2. The parties have reached a settlement in principle in this Action, and are in the process of documenting their settlement.

3. Therefore, the parties stipulate to continue the Case Management Conference until January 20, 2006 in order to provide time for the parties to document their settlement and file a dismissal.

Dated: January 10, 2006

REED SMITH, LLP

/s/
Adaline J. Hilgard
Counsel for Opta Systems, LLC and Opta Corporation

Dated: January 10, 2006

TECHNOLOGY LICENSING CO., INC.

Daniel Remer
Counsel for TLC

[PROPOSED] ORDER

Pursuant to Stipulation, it is so Ordered.

Dated:

United States District Judge

APPROVED
Judge Susan Illston